CHRISTOPHER J. HICKS
Washoe County District Attorney
HERBERT B. KAPLAN
Deputy District Attorney
Nevada State Bar Number 7395
One South Sierra St.
Reno, NV 89501
hkaplan@da.washoecounty.us
(775) 337-5700
ATTORNEYS FOR WASHOE COUNTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

HEATHER FOSTER,

    Plaintiff,

vs.

WASHOE COUNTY,

    Defendant.

Case No. 3:18-cv-00438-MMD-CBC

**STIPULATION AND ORDER TO VACATE DEADLINES FOR CASE MANAGEMENT CONFERENCE AND DISCOVERY PLAN/SCHEDULING ORDER PURSUANT TO LR 26-4**

COME NOW the parties herein, by and through respective undersigned counsel of record and hereby stipulate and agree pursuant to LR 26-4 as follows:

Defendant Washoe County has filed a Motion to Dismiss (ECF #8) based on the legal question as to the applicability of the Uniform Services Employment and Reemployment Rights Act ("USERRA") to Ms. Foster's position as a FEMA Individual Assistance Reservist. At this juncture, a Case Management Conference is scheduled in this matter for December 2, 2019 at 9:00 a.m. In addition, a Discovery Plan/Scheduling Order is due by September 27, 2019.

The parties agree that good cause exists to vacate and hold in abeyance those scheduled deadlines, as well as all other related deadlines, as the resolution of this case hinges on this legal issue. The parties that such action is in their best interests in keeping the cost of this litigation

1  to a minimum by eliminating unnecessary pretrial activities, as well as being in the interest of
2  the Court in conserving its resources, pending adjudication of the Motion to Dismiss.
3      Accordingly, the parties stipulate and agree to vacate the Case Management Conference
4  scheduled in this matter for December 2, 2019 at 9:00 a.m., and the deadline to submit the
5  Discovery Plan/Scheduling Order of September 27, 2019, and all other related deadlines. Upon
6  the adjudication of the Motion to Dismiss, those deadlines will be reset if still necessary.
7      This is undersigned counsels' first request for an extension of the Case Management
8  Conference date or the deadline for the Discovery Plan/Scheduling Order.
9      This stipulation to extend said deadlines are being submitted to the Court more than 21
10 days before the expiration of the subject deadlines.

11 .Dated this 20th day of August, 2019        /s/ Terri Keyser-Cooper
                                                                                  Terri Keyser-Cooper, Esq.
12                                                  Law Office of Terri Keyser-Cooper
                                                 3590 Barrymore Dr.
13                                                  Reno, NV 89512
                                                 keysercooper@lawyer.com
14                                                  ATTORNEY FOR PLAINTIFF
                                                 HEATHER FOSTER
15

16 Dated this 20th day of August, 2019       CHRISTOPHER J. HICKS
                                                 District Attorney
17
                                                 By   /s/ Herbert B. Kaplan
18                                                     HERBERT B. KAPLAN
                                                 Deputy District Attorney
19                                                  One South Sierra St.
                                                 Reno, NV 89501
20                                                  hkaplan@da.washoecounty.us
                                                 ATTORNEY FOR DEFENDANT
21                                                  WASHOE COUNTY
22
                                                **ORDER**
23
24     IT IS SO ORDERED.
25     Dated this 22nd day of August, 2019
26                                                  United States Magistrate Judge