TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
NV Bar #3984
1130 Wakefield Trail
Reno, NV 89523
Tele (775) 337-0323
keysercooper@lawyer.com
*Attorney for Plaintiff Heather Foster*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HEATHER FOSTER

            Plaintiff,

    vs.

WASHOE COUNTY.

            Defendant.

_____/

Case No. 3:18-CV-0438-MMD-CBC

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S**

**(First Request)**

On August 13, 2019, Defendant Washoe County, through Christopher J. Hicks, Washoe County District Attorney, and Herbert B. Kaplan, Washoe County Deputy District Attorney, filed a Motion to Dismiss the Complaint in this matter (EC No.8). Plaintiff's Response is due August 27, 2019. The parties, through their respective counsel, hereby stipulate and agree to extend the time period for Plaintiff to file her opposition, up to and including **September 3, 2019,** a one week extension.

//

//

//

//

//

//

//

1

Good cause exists for the extension of time because Plaintiff's counsel, Terri Keyser-Cooper, is recovering from major spinal surgery in June 2019 and complications therefrom. Ms. Keyser-Cooper is improving, definitely on the mend, but is operating at much diminished capacity, one-third her previous daily work output.

Dated this 20th day of August 2019

LAW OFFICE OF TERRI KEYSER-COOPER

By:   /s/ Terri Keyser-Cooper
TERRI KEYSER-COOPER
*Attorney for Plaintiff Heather Foster*

Dated this 20th day of August 2019

WASHOE COUNTY DISTRICT ATTORNEY'S OFFICE

BY:   /s/ Herbert B. Kaplan
HERBERT B. KAPLAN
CHRISTOPHER J. HICKS
*Attorney for Washoe County*

## ORDER

**IT IS SO ORDERED.**

**Dated this** 23rd **day of** ___August___ **2019**

**UNITED STATES DISTRICT JUDGE**